IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | 1:22CR388-1 |
| | : | |
| DEVONTE DAQUAN COZART,<br>also known as "Vito" | : | |

The United States Attorney charges:

On or about April 8, 2021, in the County of Durham, in the Middle District of North Carolina, DEVONTE DAQUAN COZART, also known as "Vito", having three previous convictions by any court for a violent felony, committed on occasions different from one another, and each conviction being for a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce a firearm, that is, a Colt .357 caliber handgun, with knowledge of a previous conviction for a crime punishable by imprisonment for a term exceeding one year; to wit,

**Occasions**:

| | Violent Felony | Court | Offense Date | Conviction Date |
| --- | --- | --- | --- | --- |
| 1 | Common Law Robbery<br><br>Felony Breaking and/or Entering, N.C.G.S. § 14-54(A) | Durham County Superior Court | 05/07/2014 | 08/11/2014 |
| 2 | Common Law Robbery | Durham County Superior Court | 03/24/2015 | 01/07/2016 |

| 3 | Common Law Robbery | Durham County Superior Court | 02/05/2015 | 01/07/2016 |
| 4 | Common Law Robbery | Durham County Superior Court | 05/01/2018 | 08/06/2019 |

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE ALLEGATION

1. The allegations contained in this Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in this Information, the defendant, DEVONTE DAQUAN COZART, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all right, title and interest in and to any firearm or ammunition involved in or used in the commission of the offense.

3. The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following:

   a. Colt .357 caliber handgun, serial number L74361.

All in accordance with Title 18, United States Code, Section 924(d), Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: 7 December, 2022

SANDRA J. HAIRSTON
United States Attorney

BY: ERIC L. IVERSON
Assistant United States Attorney